UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK- WHITE PLAINS

COLLINS ASSET GROUP, LLC

                Interpleader Plaintiff,

vs.

DIVERSIFIED FINANCING, LLC,
ET AL.

                Interpleader Defendants.

CASE NUMBER: 7:20-CV-00942 (CS)

NOTICE OF APPEARANCE
(FERRUM II, LLC)

    Dayton P. Haigney, an attorney duly admitted practice before the Court, hereby appears as local/notice counsel for Ferrum II, LLC.  The Clerk of Court is requested to make the appropriate entry in the ECF system.

Dated:   5 March 2020
            New York, New York, NY

                                                  Yours, etc.

                                                  _____
                                                  Dayton P. Haigney (DH-3455)
                                                  **Local Counsel to Defendant**
                                                  **Ferrum II, LLC**
                                                  233 Broadway, Ste. 2348
                                                  New York, NY 10279
                                                  (212) 557-5590
                                                  DPHLAW@msn.com

John W. Shanklin II (JS-3392)
McCleskey, Harriger,
Brazill & Graf, L.L.P.
**Lead Counsel to Ferrum II, LLC**
*Pro Hac Vice Admission Pending*
5010 University Ave., Suite 500
Lubbock, Texas 79413
(806) 806-776-0253
Fax:  (806) 796-7365
JSHANKLIN@mhbg.com

To:  Blank Rome LLP
**Counsel to Plaintiff**
1271 Avenue of Americas
New York, NY 10020
(212) 885-5345
AHAMBELTON@blankrome.com

## Certificate of Service

      Dayton P. Haigney, an attorney duly admitted to practice law in the State of New York affirms the following. That on the 5th day of March 2020, I caused to be served upon the parties, this Notice of Appearance by causing a true and correct copy thereof to be filed in the ECF system maintained by the Southern District of New York:

      */s/ Dayton P. Haigney*
_____
Dayton P. Haigney