

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

COLLINS ASSET GROUP, LLC,
                Interpleader Plaintiff,

v.

DIVERSIFIED FINANCING, LLC, et al.,
                Interpleader Defendants.

Case No. 7:20-cv-00942-CS

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Upon the declarations of Michael Crossan, dated March 10, 2020, Jonathan M. Robbin dated March 11, 2020, the exhibits annexed thereto, the supporting memorandum of law, and upon all prior papers and proceedings herein, and sufficient cause having been alleged, it is:

ORDERED, that the above-named defendants show cause before a motion term of this Court, at Room 623, United States Courthouse, 300 Quarropas Street, in the City of White Plains, County of Westchester, State of New York, on April 27, 2020, at 3:30 o'clock in the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

(i) directing CAG to deposit the stake at issue in this action into the Registry of the Court,

(ii) directing defendants to interplead their claims related to the stake at issue in this action;

(iii) restraining and enjoining defendants and potential defendants from instituting or prosecuting any proceeding in any court that affects or may affect the stake at issue in this action other than with this Court;

(iv) discharging CAG from any further liability with respect to the stake at issue in this action;

(v) awarding CAG its attorneys' fees and costs in connection with this action; and

(vi) granting CAG any such other and further relief as the Court deems just and proper; and it is further

~~ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for an injunction, pursuant to 28 U.S.C. § 2361, the defendants and any potential defendants are temporarily restrained and enjoined from instituting or prosecuting any proceeding in any court that affects or may affect the stake at issue in this action other than with this Court; and it is further~~ ✓ C8

ORDERED that personal service of a copy of this order and the papers on which it is based upon the defendants or their counsel on or before ___5___ o'clock in the _afternoon_, on 3/25/20, shall be good and sufficient service thereof.

~~ORDERED that Security in the sum of $_____ shall be posted by _____ (plaintiff) on or before _____.~~

DATED: White Plains, New York ✓

ISSUED: 3/11/20 11:56 AM

So Ordered:

_Cathy Seibel_
United States District Judge

ORDERED that opposition papers are to be filed by 4/15/20, and reply papers may be filed by 4/20, and it is further